THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Albert Dytch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT DYTCH,                                    Case No.  CV 10-3432 DMR

      Plaintiff,                                STIPULATION OF DISMISSAL; ORDER

v.

CARLOS ROCHA,
TAQUERIA SAN JOSE, INC.,

      Defendants.

_____/

      The parties hereto stipulate as follows:

      The parties have reached a full and final settlement of all issues in this action.  A

Settlement Agreement between the parties has been fully executed.

      Some parts of the Settlement Agreement are to be performed in the future.  The parties

shall comply with their Settlement Agreement, a copy of which is incorporated by reference as

if fully set forth.  The parties request the Court to retain jurisdiction for 18 months from the

date hereof in order to enforce the terms of the Settlement Agreement under the authority of

*Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

      Although the parties are hereby dismissing this action with prejudice, they agree that

CV 10-3432 DMR                                    1

the Court will retain jurisdiction over this action and the parties hereto in order to be able to

enforce the terms of the Settlement Agreement.

      IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP

41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for

18 months after the date hereof.

Date:  February 25, 2011             Date:  February 25, 2011


S/Jay R. Strauss,                   S/Thomas N. Stewart, III,
Attorney for Defendants           Attorney for Plaintiff


IT IS SO ORDERED:

GRANTED

Judge Donna M. Ryu

Date:  3/2/2011               _____
                                     DONNA M. RYU
                                     United States Magistrate Judge